SO ORDERED.

Dated: May 8, 2022

Eddward P. Ballinger Jr., Chief Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SPG Hospice, LLC<br><br>           Debtor. | Chapter 11<br><br>Case No. 2:22-bk-02385-EPB<br><br>**ORDER DIRECTING JOINT ADMINISTRATION OF CASE WITH CHAPTER 11 CASES OF RELATED DEBTORS AND TRANSFERRING CASE ASSIGNMENTS** |

THIS MATTER came before the Court on the unopposed Motion of Secured Creditor Arizona Bank & Trust, pursuant to Rule 1015, Federal Rules of Bankruptcy Procedure, and Local Rule 1015-1 in the District of Arizona, for joint administration of the above-captioned case of Debtor SPG Hospice, LLC ("Debtor") with the following Chapter 11 cases:

    Debtor: Scottsdale Physicians Group, PLC ("Scottsdale PG"); Case No. 2:22-bk-02388-MCW (the "Scottsdale PG Case"); and

    Debtor: United Telehealth Corp. ("UTC"); Case No. 2:22-02409-SHG (the "UTC Case")

(the 'Motion").

THE COURT, having reviewed the Motion, hereby finds that it is in the best interests of the Debtors, their respective creditors, as well as the Court, to have the cases jointly administered, and that joint administration will enable these estates to be administered most effectively and economically without any detriment to the respective creditor constituencies of each of the debtors. Therefore IT IS HEREBY ORDERED:

    1.    The Motion is granted.

2. The above-captioned case shall be jointly administered with the Scottsdale PG Case and the UTC Case for all future proceedings.

3. The Scottsdale PG Case and the UTC Case are hereby transferred to this Court, and shall bear the initials of "EPB" at the end of each case number, as shown below.

4. The following joint administrative form of caption shall be used for all pleadings and orders in these cases:

| In re: | Chapter 11<br>**(Jointly Administered Under Case No. 2:22-bk-02385-EPB)** |
|---|---|
| SPG HOSPICE, LLC, | Case No. 2:22-bk-02385-EPB |
| SCOTTSDALE PHYSICIANS GROUP, PLC, | Case No. 2:22-bk-02388-EPB |
| UNITED TELEHEALTH CORP., | Case No. 2:22-bk-02409-EPB |
| Debtors. | **[TITLE OF DOCUMENT]**<br>**(This matter applies to [name of Debtor])** |

5. In circumstances where the relief requested in the pleadings pertains to a specific debtor, the caption (under the Title of Document), first paragraph of each pleading or order, shall indicate the specific debtor to which it applies.

6. With the exception of monthly operating reports and proofs of claim, all pleadings shall be filed in, and the cases shall be docketed under, Debtor's case for all future proceedings, Case No. 2:22-bk-02385-EPB.

**DATED AND SIGNED ABOVE.**